Wesley D. Ray (SBN 026351)
Wesley.Ray@SacksTierney.com
**SACKS TIERNEY P.A.**
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
Facsimile: 480.970.4610
Attorneys for Lincoln Capital Partnership, LLLP

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 Proceedings |
| JEFFREY T. CHRISTENSON and SHARON R. CHRISTENSON, | No. 2:18-bk-05678-DPC |
| Debtors. | **NOTICE OF RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS** |

TO: Jeffrey T. Christenson and
Sharon R. Christenson
c/o Thomas Allen
Allen Barnes & Jones, PLC
1850 N. Central Ave., Suite #1150
Phoenix, AZ 85004

In accordance with the *Order Approving and Directing Rule 2004 Examination and Production of Documents*, entered on August 9, 2018 (the "Order," a copy of which is attached hereto as Exhibit "1" and is incorporated herein by this reference),

**YOU ARE HEREBY NOTIFIED** that, pursuant to the Order and Fed. R. Bankr. P. 2004, you are required to produce the documents and other information referenced in the Order, and submit to an oral examination under oath, at the location, dates and times listed below:

| | |
|---|---|
| **LOCATION OF DOCUMENT PRODUCTION AND ORAL EXAMINATION UNDER OATH:** | Sacks Tierney, PA<br>4250 N. Drinkwater Blvd., 4th Floor<br>Scottsdale, AZ 85251-3693 |
| **DOCUMENTS TO BE PRODUCED:** | See Exhibit "A" to the Order. |
| **DATE AND TIME OF PRODUCTION:** | **August 31, 2018**, by **5:00 p.m.** |
| **DATE AND TIME OF EXAMINATION:** | **September 13, 2018** at **9:00 AM.** |

///

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

DATED: August 16, 2018.

SACKS TIERNEY, P.A.

By: */s/ Wesley D. Ray*
    Wesley D. Ray
    Attorneys for Lincoln Capital Partnership, LLLP

COPY of the foregoing emailed on August 16, 2018, to:

Thomas Allen
ALLEN BARNES & JONES, PLC
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
Tallen@allenbarneslaw.com
Attorneys for Debtors

David M. Reaves
P.O. Box 44320
Phoenix, Arizona 85064
Trustee@reaves-law.com
Chapter 7 Trustee

*/s/ Sandra E. Dousdebes*